**James A. ROSE, Plaintiff–Appellant,**

v.

**GREENBRIER CHRYSLER, Defendant–Appellee.**

No. 11–1209.

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 1, 2011.

James A. Rose, Appellant Pro Se. Susan Childers North, LeClair Ryan, PC, Williamsburg, Virginia; Nancy Blackburn Sasser, LeClair Ryan, PC, Richmond, Virginia, for Appellee.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Rose appeals the district court's order dismissing his civil action without prejudice, pursuant to Fed. R.Civ.P. 12(b)(6), for failure to state a claim. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Rose seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1067 (4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*